# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00021-CV

## In re Keith Judd

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Keith Judd, who indicates that he has been or will be certified to appear as a candidate for President of the United States on the 2016 Texas Democratic Primary ballot, has filed an "Emergency Petition for Writ of Mandamus" in which he challenges, on various federal constitutional grounds, Texas statutes that would exclude him from the franchise (and thus the opportunity to vote for himself) based on his prior felony conviction.[1] We deny the petition.[2]

---

[1] Judd's right to appear on the ballot as a presidential candidate despite his felony conviction was the subject of *In re Judd*, No. 03-15-00595-CV, 2015 Tex. App. LEXIS 10808, at *3–7 (Tex. App.—Austin Oct. 21, 2015, orig. proceeding) (mem. op.) (citing *LaRouche v. Hannah*, 822 S.W.2d 632, 632–34 (Tex. 1992) (per curiam)).

[2] *See, e.g.*, *Richardson v. Ramirez*, 418 U.S. 24, 53–56 (1974) (upholding constitutionality of state laws disenfranchising felons); *Shepherd v. Trevino*, 575 F.2d 1110, 1112–13 (5th Cir. 1978) (same); *cf. LaRouche*, 822 S.W.2d at 633 (emphasizing that "the United States Constitution establishes the exclusive requirements for the office of the President, and that those requirements make no reference to criminal convictions").

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed:   January 13, 2016